# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 17-17498-ELF

FRANCINE DANIELS

1528 E. BARRINGER ST

PHILADELPHIA, PA 19150-3302

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    FRANCINE DANIELS

    1528 E. BARRINGER ST

    PHILADELPHIA, PA 19150-3302

Counsel for debtor(s), by electronic notice only.

    VAUGHN A. BOOKER ESQ
    1420 WALNUT STREET STE 815

    PHILADELPHIA, PA 19102-

Date: 2/12/2018

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee