**Vaughn A. Booker, Esquire**          Attorney for Debtor
**1420Walnut Street, Suite 815**
**Philadelphia, Pennsylvania 19102**
**Attorney I.D. No: 42312**
**Telephone: (215) 545-0474**
**Facsimile: (215) 545-0656**
vbs00001@aol.com

---

In Re:                                                                  : Chapter 13 Bankruptcy
    Francine Daniels
                                                : No: 17-17498-ELF

_____:

## CERTIFICATE OF SERVICE

   I, Vaughn A. Booker, Esquire, being duly sworn according to law deposes and says that I served a true and correct copy of the Debtor's Second Amended Plan, dated February 22, 2018, 2017, on the following named parties or their Attorney of record, by regular first class U.S. Mail, postage pre-paid, on the following named parties or their Attorney of record on the date listed below:

William C. Miller, Esquire
1234 Market Street, Suite 813
Philadelphia, Pennsylvania 19107
Chapter 13 Trustee

Rebeccca Ann Solarz, Esquire
KML Group, P.C.                                                    Francine Daniels
710 Market Street. Suite 5000                         1528 E. Barringer Street
Philadelphia, Pennsylvania 19106             Philadelphia, Pennsylvania 19150
Attorney for MTGLQ Investors, LP   Debtor
d/b/a Mr. Cooper, et. al.

United States Trustee
Office of the U.S. Trustee
833 Chestnut Street, Suite 500
Philadelphia, Pennsylvania 19107
                                                      **By:**

                                                      /s/ Vaughn A. Booker, Esquire
                                                      **Vaughn A. Booker, Esquire**
                                                      **Attorney for Debtor**
                                                      **Francine Daniels**

**Dated: February 22, 2018**