# THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**Vaughn A. Booker, Esquire**           **Attorney for Debtor,**
**1420 Walnut Street, Suite 815**        **Francine Daniels**
**Philadelphia, Pennsylvania 19102**
**Attorney I.D. No: 42312**
**Telephone: (215) 545-0474**
**Facsimile: (215) 545-0656**
**Email: vbs00001@aol.com**

| | |
|---|---|
| **In Re:** : | |
| **Francine Daniels,** : | Chapter 13 |
| Debtor : | Case No: 17-17498 - ELF |
| : | |

## PRAECIPE TO WITHDRAW DOCUMENT 30 THIRD AMENDED PLAN

**To the Clerk:**

Kindly withdraw the Debtor's Third Amended Plan filed as Document 30, as this was in error and inadvertently included the Plan of a Debtor named Angela Addison and should not have been filed at all, regarding the above matter.

**By:**

/s/ **Vaughn A. Booker, Esquire**
**Vaughn A. Booker, Esquire**
**Attorney for Debtor**
**Francine Daniels**

**Dated: March 22, 2018**