**Vaughn A. Booker, Esquire**          **Attorney for Debtor**
**1420Walnut Street, Suite 815**
**Philadelphia, Pennsylvania 19102**
**Attorney I.D. No: 42312**
**Telephone: (215) 545-0474**
**Facsimile: (215) 545-0656**
**vbs00001@aol.com**

_____
**In Re:**                                : Chapter 13 Bankruptcy
        **Francine Daniels**
                                          : No: 17-17498-ELF

_____:

# CERTIFICATE OF SERVICE

   I, Vaughn A. Booker, Esquire, being duly sworn according to law deposes and says that I served a true and correct copy of the Debtor's Third Amended Plan, dated June 4, 2018, on the following named parties or their Attorney of record, by regular first class U.S. Mail, postage pre-paid, on the following named parties or their Attorney of record on the date listed below:

William C. Miller, Esquire
1234 Market Street, Suite 813
Philadelphia, Pennsylvania 19107
Chapter 13 Trustee

Pamela Thurmond, Esquire
City of Philadelphia Law Dep't
Bankruptcy Group, MSB
1401 John F. Kennedy Blvd, 5th Floor
Philadelphia, Pennsylvania 19102-1595
Attorney for City of Philadelphia

Rebeccca Ann Solarz, Esquire
KML Group, P.C.
710 Market Street. Suite 5000
Philadelphia, Pennsylvania 19106
Attorney for MTGLQ Investors, LP
d/b/a Mr. Cooper, et. al.

Francine Daniels
1528 E. Barringer Street
Philadelphia, Pennsylvania 19150
Debtor

United States Trustee
Office of the U.S. Trustee
833 Chestnut Street, Suite 500
Philadelphia, Pennsylvania 19107

Pennsylvania Dep't of Revenue
Bankruptcy Division
P.O. Box 280946
Harrisburg, Pennsylvania 17128-0946

Verizon
by American Info Source LP as agent
P.O. Box 248838
Oklahoma City, OK 73124-8838

Directv, LLC
by American InfoSource LP as agent
4515 N. Santa Fe Avenue
Oklahoma City, OK 73118

Ashley Funding Services, LLC
it's Successors and Assigns as
Assignee of Laboratory Corporation
of America Holdings
Resurgent Capital Services
P.O. Box 10587
Greenville, SC 29603-0587

                                 **By:**

                                 **/s/ Vaughn A. Booker, Esquire**
                                 **Vaughn A. Booker, Esquire**
                                 **Attorney for Debtor**
                                 **Francine Daniels**

**Dated: June 4, 2018**