# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                              Chapter 13

                              Bankruptcy No. 17-17498-ELF

FRANCINE DANIELS

1528 E. BARRINGER ST

PHILADELPHIA, PA 19150-3302

    Debtor

## **CERTIFICATE OF SERVICE**

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

  FRANCINE DANIELS

  1528 E. BARRINGER ST

  PHILADELPHIA, PA 19150-3302

Counsel for debtor(s), by electronic notice only.

  VAUGHN A. BOOKER ESQ
  1420 WALNUT STREET STE 815

  PHILADELPHIA, PA 19102-

Date: 3/7/2019

                                          /S/ William C. Miller
                                          _____
                                          William C. Miller, Esquire
                                          Chapter 13 Standing Trustee