United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Francine Daniels  
    Debtor

Case No. 17-17498-elf  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: Virginia     Page 1 of 2     Date Rcvd: May 01, 2019  
                       Form ID: pdf900     Total Noticed: 19

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 03, 2019.
```
db              Francine Daniels,    1528 E Barringer Street,    Philadelphia, PA  19150-3302
cr             +U.S. Bank Trust National Association as Trustee of,    Law Offices of Michelle Ghidotti,
                 1920 Old Tustin Avenue,    Santa Ana, CA 92705-7811
14009421       +Chestnut Hill Hospital,    8815 Germantown Ave,    Philadelphia, PA 19118-2729
14009422        City of Philadelphia Water Revenue Burea,    1404 John F Kennedy Blvd Fl 5,
                 Philadelphia, PA  19107-3212
14073116       +MTGLQ Investors, LP,    c/o Rushmore Loan Management Services,    P.O. Box 55004,
                 Irvine, CA 92619-5004
14009423        Medical Data Systems, Inc.,    2001 9th Ave Ste 312,    Vero Beach, FL  32960-6413
14009424       +Philadelphia Gas Works,    800 W Montgomery Ave,    Philadelphia, PA 19122-2898
14030592       +Rebecca A. Solarz, Esquire,    KML Law Group, P.C.,    Atty for Rushmore Loan Managemrnt,
                 701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
14009425        Rushmore Loan Management Services,    PO Box 52708,    Irvine, CA  92619-2708
14009426        True Mark Financial,    335 Commerce Dr,    Fort Washington, PA  19034-2712
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: megan.harper@phila.gov May 02 2019 03:44:55      City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov May 02 2019 03:44:39      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
14072319        E-mail/PDF: resurgentbknotifications@resurgent.com May 02 2019 03:42:48
                 Ashley Funding Services, LLC its successors and,    assigns as assignee of Laboratory,
                 Corporation of America Holdings,    Resurgent Capital Services,    PO Box 10587,
                 Greenville, SC 29603-0587
14096827        E-mail/Text: megan.harper@phila.gov May 02 2019 03:44:55      City of Philadelphia,
                 Law Department Tax Unit,    Bankruptcy Group, MSB,    1401 John F. Kennedy Blvd., 5th Floor,
                 Philadelphia, PA  19102-1595
14068327       +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM May 02 2019 03:43:16      Directv, LLC,
                 by American InfoSource LP as agent,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
14026844        E-mail/Text: RVSVCBICNOTICE1@state.pa.us May 02 2019 03:44:15
                 Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
                 Harrisburg, PA  17128-0946
14250582       +E-mail/Text: bknotices@snsc.com May 02 2019 03:45:12
                 U.S. Bank Trust National Association, as Trustee,    C/O SN Servicing Corp.,    323 5th Street,
                 Eureka, CA 95501-0305
14009427        E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com May 02 2019 03:43:37
                 Verizon,    500 Technology Dr,    Weldon Spring, MO  63304-2225
14036668        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM May 02 2019 03:43:16      Verizon,
                 by American InfoSource LP as agent,    PO Box 248838,    Oklahoma City, OK  73124-8838
                                                                                              TOTAL: 9
```

```
          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
smg*            Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
                                                                                   TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 03, 2019                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0313-2          User: Virginia              Page 2 of 2              Date Rcvd: May 01, 2019
                              Form ID: pdf900             Total Noticed: 19
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 1, 2019 at the address(es) listed below:
        REBECCA ANN SOLARZ    on behalf of Creditor    MTGLQ INVESTORS, LP bkgroup@kmllawgroup.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
        VAUGHN A. BOOKER    on behalf of Debtor Francine  Daniels vbs00001@aol.com
        WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com, philaecf@gmail.com
        WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
        TOTAL: 5

**UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| FRANCINE DANIELS | Chapter 13 |
| Debtor | Bankruptcy No. 17-17498-ELF |

### Order Dismissing Chapter 13 Case and
### Directing Counsel to File Master Mailing List

**AND NOW**, this _____ day of _____, 201_, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

**ORDERED**, that any wage orders are hereby vacated.

**Date: May 1, 2019**

_____
Eric L. Frank
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
VAUGHN A. BOOKER ESQ
1420  WALNUT STREET  STE 815

PHILADELPHIA, PA 19102-

Debtor:
FRANCINE  DANIELS

1528 E. BARRINGER ST

PHILADELPHIA, PA 19150-3302